**ALAN D. LEVINE**
ATTORNEY AT LAW
80-02 KEW GARDENS ROAD
KEW GARDENS, NEW YORK 11415

(718) 793-6363
FAX: (718) 520-8751
E-MAIL: alandlaw@justice.com

June 22, 2012

**VIA ECF**
Honorable James Orenstein
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: King v. Trader Joe's East Inc.
           11 CV 5536 (DLI) (JO)

Dear Judge Orenstein:

    I am the attorney for the plaintiff in the above-referenced action. I am writing to inform the court that the parties have reached agreement on a settlement of the action. The parties shall forward a stipulation and order of discontinuance to Your Honor for so ordering upon receipt of the final payment amount from Medicare. The conditional payment amount has already been communicated to the parties and receipt of the final amount is anticipated to arrive shortly. In light of the agreement to settle, the parties request that the court cancel the conference scheduled for July 10, 2012.

                                                    Very truly yours,

                                                    ALAN D. LEVINE

ADL/sr
cc: Kevin Kelly, Esq.